No bills of exception are brought forward. The evidence is sufficient to support the conviction.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### JONES v. STATE.
No. 19576.

Court of Criminal Appeals of Texas.
March 30, 1938.

Ramey A. Smith, of Sulphur Springs, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale in a dry area; penalty assessed at a fine of $150 and confinement in the county jail for ninety days.

The complaint and information appear regular. The evidence adduced upon the trial is not brought forward for review. No complaints of the procedure have been presented by bills of exception.

No error having been perceived justifying a reversal of the conviction, the judgment is affirmed.